82,404-01

Cling Mark Baynard 1729758
W.P. Clements unit
9601 Spur 591
Amarillo, Tx 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk

Date: 2-5-15

Clerk of Court
Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station
Austin, Tx 78711

RE: Verification of filed Objections to State's finding of facts, Conclusions of law and Recommendation in Cause NO. WR-82,404-01; Tr. Ct. NO. CR-1284-11-B-(1)

Dear Clerk of Court

    I filed Objections To The State's finding of facts, Conclusions of law, and Recommendation on 12-29-14
    I mailed the Objection's with the appropriate Certifacate of Service and Purjury Declaration using The mail box rule on mailed date's, in time, using T.R.A.P. 73.4 & 5.
    I requested verification of filing in Cover letter to Objections motion. but I never recieved verification.
    Would your office please Notify me of the filing of my objections by way of letter or post Card. So I Know its filed.

                    Respectfully Submitted
                    cling mark Baynard